■ In the Matter of EDWARD J. PUNCH et al., Respondents, against CLARENCE FOERTCH et al., Constituting the Board of Appeals of the City of Syracuse, et al., Respondents, and ANGELO J. CHRISTIAN et al., Intervenors-Appellants.— Judgment and order affirmed, with costs to the respondents against the intervenors. All concur. (Appeal by intervenors from a judgment

and order of Onondaga Special Term annulling a decision of the Syracuse Board of Zoning Appeals and restraining the Superintendent of Buildings from issuing building permits to intervenors. The order is the final order directing judgment.) Present — McCurn, P. J., Kimball, Williams, Bastow and Halpern, JJ.